NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FRANCIS ROBERT UREVICH,  )
DOC #656743,  )
        )
    Appellant,  )
        )
v.  )        Case No. 2D17-2583
        )
STATE OF FLORIDA,  )
        )
    Appellee.  )
_____)

Opinion filed August 31, 2018.

Appeal from the Circuit Court for
Pinellas County; Chris Helinger, Judge.

Howard L. Dimmig, II, Public Defender,
and Julius J. Aulisio, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Brandon R. Christian,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.


      Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.